UNITED STATES of America,
Plaintiff—Appellee,

v.

Billy COLE, Defendant—Appellant.

No. 08–1718.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 22, 2008.

Filed: May 7, 2008.

Julia M. Wright, Assistant U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Billy Cole, U.S. Penitentiary, Terre Haute, IN, pro se.

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

PER CURIAM.

Billy Cole appeals from the district court's denial of his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on amendments to the United States Sentencing Guidelines Manual (U.S.S.G.) which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

The district court denied Cole's motion without any explanation. Because we are unable to review its order without knowing its reasons, we remand to the district court for the entry of a certified order within 45 days setting forth the reasons why the motion for reduction was denied. In order to expedite the matter, our panel will retain jurisdiction over this appeal.